No. 66681.—The Fulton Supply Co., Inc. v. United States, protest 60/7962 (New York).

Opinion by FORD, J. In accordance with stipulation of counsel that the merchandise consists of nylon fishing nets similar in all material respects to those the subject of Abstract 63947, the claim of the plaintiff was sustained.

No. 66682.—Inter Maritime Forwarding Co., Inc. v. United States, protest 311655–K (New York).

Opinion by FORD, J. In accordance with stipulation of counsel that the merchandise consists of cutting sticks in chief value of a plastic material, not enumerated in the dutiable provision of said act, which are similar in use to cutting sticks, composed wholly or in chief value of wood, against which the cutting blades of mechanical paper guillotines come to rest at the end of the cutting stroke, the claim of the plaintiff was sustained.

BEFORE THE THIRD DIVISION, APRIL 9, 1962

No. 66683.—Herbert B. Moller v. United States, protests 61/17748, etc. (Tampa).

Opinion by JOHNSON, J. In accordance with stipulation that the merchandise consists of wire cloth and seamed wire cloth, made in Canada from wire rod or wire cloth, respectively, exported from the United States and returned to the United States for further processing and that all of the applicable customs regulations have now been complied with, the claim of the plaintiff was sustained.